# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS DIVISION)

ROBERT T. HUFFMAN,
    Plaintiff,

v.

TRANS UNION LLC,
    Defendant.

Case No. 1:23-cv-01990-JPH-MG

District Judge James Patrick Hanlon
Magistrate Judge Mario Garcia

> The court acknowledges the Stipulation of Dismissal, Dkt. [51]. The Clerk is DIRECTED to close this case on the docket.
> JPH 6/14/2024
> Distribution via ECF.

## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff ROBERT T. HUFFMAN ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") stipulate and agree as follows:

1. All matters and controversies involved herein as between Plaintiff and Trans Union have been fully compromised and settled.

2. Each party shall bear his, her or its own attorney's fees and costs paid or incurred.

3. Plaintiff's complaint and cause of action should be dismissed WITH PREJUDICE, as to Trans Union.

Date: June 13, 2024

Agreed to and submitted by:

| LAW OFFICES OF MILES N. CLARK LLC | TRANS UNION LLC |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Sydney O. Burden* |
| Miles N. Clark, Esq. | Sydney O. Burden, Esq. |
| 5510 S. Fort Apache Rd, Suite 30 | sydney.burden@transunion.com |
| Las Vegas, NV 89148 | Terri R. Brown, Esq. |
| miles@milesclarklaw.com | Terri.brown@transunion.com |
| | 555 W. Adams Street |
| *Counsel for Plaintiff* | Chicago, IL 60661 |
| *Robert T. Huffman* | *Counsel for Defendant* |
| | *Trans Union LLC* |

All ECF-registered counsel of record via email.